UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK ANTHONY VINZANT** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-10561-MLCF-SS** |
| **UNITED STATES OF AMERICA, et al** | |

### ORDER

DEFENDANT'S MOTION FOR SANCTIONS (Rec. doc. 92)

**GRANTED IN PART AND DENIED IN PART**

Before the undersigned is the motion of the defendant, United States of America, for sanctions. On November 27, 2006, the plaintiff, Mark Vinzant ("Vinzant"), who is a resident of California, filed a complaint against the United States, four deputy Marshals, State Farm Insurance Company and M. Damian. Rec. doc. 1. Vinzant was granted leave to proceed <u>in forma pauperis</u>. Rec. doc. 3. He was proceeding in proper person. The motion of State Farm and its insured to dismiss was granted. Rec. doc. 20.

On January 14, 2008, Vinzant submitted a proposed discovery claim, which included depositions of the defendant's employees and his own deposition. Rec. doc. 70. On January 2, 2008, he sought leave for Emmanuel Enyinwa, an attorney admitted to practice in California but not Louisiana, to appear for him. Rec. doc. 71. On March 11, 2008, the District Judge granted this motion, but required that Mr. Enyinwa be familiar with the Local Rules of this Court. Rec. doc. 73.

On December 16, 2008, there was a preliminary conference. Mr. Enyinwa did not participate. Rec. doc. 83. The discovery deadline was set for August 17, 2009, the pretrial

conference set for September 16, 2009, and the trial is set for October 5, 2009. Id.

The United States moved for summary judgment supported with declarations signed by Deputy U.S. Marshals and their depositions. They testified that they were completely stopped in traffic when the rear van was rear-ended and pushed into the front van. Rec. doc. 86. Vinzant's declaration contradicts their testimony. Rec. doc. 95. The District Judge found that there were material issues of fact and denied the motion for summary judgment. Rec. doc. 109.

On September 16, 2009, there was a pretrial conference with Mr. Enyinwa in attendance. Rec. doc. 107.

On September 11, 2009, the United States moved for sanctions. It urges that after arranging the dates with Mr. Enyinwa, it noticed Vinzant's deposition for August 14, 2009 and September 10, 2009, but he failed to appear. The defendant requests an order decreeing that the facts described in its motion for summary judgment be deemed admitted. In the alternative, it requests that Vinzant be prohibited from testifying at the trial. Rec. doc. 92. The defendant's motion was set for September 23, 2009. Vinzant was ordered to file an opposition by Friday, September 18, 2009. Rec. doc. 100. He did not submit any opposition to the motion for sanctions.[1]

Vinzant has not complied with the Federal Rules of Civil Procedure. Although his deposition was noticed on two separate occasions, he failed to appear. Vinzant's own discovery plan recognized that he would be required to submit to a deposition. Rec. doc. 70. Mr. Enyinwa failed to comply with the order requiring him to submit an opposition. The United States is prejudiced in the preparation of its case by being unable to take Vinzant's deposition.

IT IS ORDERED as follows:

---

[1] On September 15, 2009, the District Judge granted the defendants' motions for leave to file a counterclaim and to dismiss claim for punitive damages as unopposed. Rec. docs. 102 and 103.

1. The motion of the defendant, United States of America, for sanctions (Rec. doc. 92) is GRANTED in PART and DENIED in PART.

2. By **Friday, September 25, 2009**, Vinzant and the defendant shall agree on a date and time to take Vinzant's deposition by telephone by **Wednesday, September 30, 2009.** The defendant shall contact Mr. Enyinwa as soon as possible after entry of this order to schedule the deposition.

2. By **Wednesday, September 30, 2009**, Vinzant shall make himself available for a deposition by telephone. At least 24 hours prior to the deposition pre-marked copies of the exhibits shall be sent to Mr. Enyinwa by e-mail in PDF format.

3. If Vinzant fails to comply with this order, counsel for defendants shall file a brief one page declaration demonstrating Vinzant's non-compliance. The declaration shall be filed before the close of business on **September 30, 2009.** The undersigned will issue an order prohibiting Vinzant from testifying at the trial regarding his version of the accident or his alleged injuries.

New Orleans, Louisiana, this 23rd day of September, 2009.

                                            **SALLY SHUSHAN**
                                  **United States Magistrate Judge**